JUDGE PRESKA

'08 CIV 4887

Christopher G. Kelly (CK 3865)
Robert J. Burns (RB 1558)
Suhey I. Nevarez (SN 1981)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GOKHAN MUTLU,

          Plaintiff,

- against -

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

          Defendants.
-----------------------------------------------------------X

Civil Action No. _____

**RULE 7.1 DISCLOSURE
STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant JetBlue Airways Corporation ("JetBlue") states that the following publicly held corporations own 10% of more of the stock of JetBlue: DEUTSCHE LUFTHANSA AG.

Dated: New York, New York
       May 27, 2008

                                      Respectfully submitted,

                                      HOLLAND & KNIGHT LLP

                       By: _____
                                      Christopher G. Kelly (CK 3865)
                                      Robert J. Burns (RB 1558)
                                      Suhey I. Nevarez (SN 1981)
                                      195 Broadway
                                      New York, New York 10007
                                      Phone No. (212) 513-3200
                                      Fax No. (212) 385-9010

                                      Attorneys for Defendant
                                      JETBLUE AIRWAYS CORPORATION

\# 5362706_v1