UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
GOKHAN MUTLU,

                      Plaintiff(s),      **JURY DEMAND**

- against -                          **08 CIV 4887**
                                                        CIVIL ACTION
JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                      Defendant(s).
----------------------------------------------------X

S I R S:

    PLEASE TAKE NOTICE, that the plaintiff, by his attorneys, AKIN & SMITH, LLC, demands trial by a Jury of six (6) jurors, pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: New York, New York
          May 30, 2008

                                              Respectfully Submitted

                                              AKIN & SMITH, LLC
                                              Attorneys for Plaintiff(s)

                                              ZAFER A. AKIN, ESQ.(1651)
                                              Office and P.O. Address
                                              321 Broadway, Fourth Floor
                                              York, New York 10007
                                              (212)587-0760

TO:   HOLLAND & KNIGHT LLP
        Attorneys for Defendants
        195 Broadway
        New York, New York 10007
        Attn: Christopher G. Kelly, Esq.
        (212)267-6062

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     }
                      } ss.
COUNTY OF NEW YORK    }

I, MICHELLE TIRADO, being sworn, deposes and says;

I am not a party to the action, am over eighteen (18) years of age and reside at New York, New York.

On May 30, 2008 I served the within :

JURY DEMAND

via First Class Mail, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following:

HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
Attn: Christopher G. Kelly, Esq.

_____
MICHELLE TIRADO

Sworn to before me on this
30th day of May 2008

_____
Notary Public, State of New York

ZAFER A. AKIN
Notary Public, State of New York
No. 01AK5036030
Qualified in Richmond County
Commission Expires Nov. 12, 20 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
GOKHAN MUTLU,

                Plaintiff(s),

- against -                                              **08 CIV 4887**

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                Defendant(s).
---------------------------------------------------X

---

**JURY DEMAND**

---

**AKIN & SMITH, LLC**
Attorneys for Plaintiff(s)
305 Broadway, Suite 1101
New York, New York 10007
Tel. (212) 587-0760
Fax. (212) 587-4169