Christopher G. Kelly (CK 3865)
Robert J. Burns (RB 1558)
Suhey I. Nevarez (SN 1981)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
GOKHAN MUTLU,

        Plaintiff,

   - against -

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

        Defendants.
------------------------------------------------------------------X

Civil Action No. 1:08-cv-4887

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Christopher G. Kelly, a member of the firm of Holland & Knight LLP, hereby appears in the action on behalf of the Defendant JetBlue Airways Corporation,. and requests that he be served with a copy of all future pleadings, discovery and submissions to the Court.

Dated: New York, New York
   June 3, 2008

            Respectfully submitted,

            HOLLAND & KNIGHT LLP

            By: _____
              Christopher G. Kelly
              Christopher.kelly@hklaw.com