Christopher G. Kelly
Robert J. Burns
Suhey I. Nevarez
HOLLAND & KNIGHT LLP
195 Broadway
New York, N.Y. 10007
*Attorneys for Defendant, JETBLUE AIRWAYS CORPORATION*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GOKHAN MUTLU,

                    Plaintiff,

     - against –

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                    Defendants.
-----------------------------------------------------------------x

CERTIFICATE OF SERVICE

08 CV 4887 (LAP)

State of New York  )
                     ) SS.:
County of New York )

      RUDY D. GREEN, an attorney admitted to practice in the Courts of the State of New York, affirms under penalty of perjury:

      That on May 28, 2008, I served the Notice of Removal, the rules of District Judge Preska, and the rules of Magistrate Judge Gorenstein, by mailing true copies of the same in a duly enclosed and sealed wrapper with first-class postage prepaid thereon and addressed to:

         Akin & Smith, LLC
         305 Broadway, Suite 1101
         New York, NY 10007.

                                 _____
                                      RUDY D. GREEN

Dated: May 28, 2008