Christopher G. Kelly (CK 3865)
Robert J. Burns (RB 1558)
Suhey I. Nevarez (SN 1981)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
GOKHAN MUTLU,

                        Plaintiff,

     - against -                                   08 CV 4887 (LAP)

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and                    **NOTICE OF MOTION**
FLIGHT ATTENDANT, true identity unknown,

                        Defendants.
-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of JetBlue Airways Corporation's Fed. R. Civ. P. 12(e) Motion for a More Definite Statement, upon the accompanying declaration of Christopher G. Kelly, Esq., dated June 9, 2008, and upon all the prior pleadings and proceedings, Defendant JetBlue Airways Corporation will move this Court, before the Honorable Loretta A. Preska, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, for an order, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, requiring Plaintiff to provide a more definite statement of his claims against JetBlue, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule set forth in Local Rule 6.1, opposition briefs, if any, are required to be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
       June 9, 2008

                              Respectfully submitted,

                              HOLLAND & KNIGHT LLP

                 By: _____
                              Christopher G. Kelly (CK 3865)
                              Robert J. Burns (RB 1558)
                              Suhey I. Nevarez (SN 1981)
                              195 Broadway
                              New York, New York 10007
                              Phone No. (212) 513-3200
                              Fax No. (212) 385-9010

                              Attorneys for Defendant
                              JETBLUE AIRWAYS CORPORATION

TO:   Zafer A. Akin, Esq.
        Akin & Smith, LLC
        305 Broadway, Suite 1101
        New York, New York 10007
        *Attorneys for Plaintiff*
        *Gokhan Mutlu*

# 5390054_v1

## CERTIFICATE OF SERVICE

I hereby certify, pursuant to Title 28 U.S.C.§1746, that on June 9, 2008, I served a true copy of the attached NOTICE OF MOTION, by personally delivering to **Akin & Smith, LLC**, at 305 Broadway, Suite 1101, New York, New York 10007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2008.

Willis Vargas
Holland & Knight LLP
195 Broadway
New York, NY 10007