COURTESY COPY

Christopher G. Kelly (CK 3865)
Robert J. Burns (RB 1558)
Suhey I. Nevarez (SN 1981)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

*[Handwritten order:] Plaintiff shall inform defendant and the Court by letter no later than June 19 whether he wishes to amend the complaint. If he does, he shall do so by June 26. Either way, no amendments will be permitted thereafter.*

**SO ORDERED**
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
June 11, 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GOKHAN MUTLU,

                Plaintiff,

    - against -                       08 CV 4887 (LAP)

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                Defendants.
-------------------------------------------------------------------x

**NOTICE OF MOTION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/12/08

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of JetBlue Airways Corporation's Fed. R. Civ. P. 12(e) Motion for a More Definite Statement, upon the accompanying declaration of Christopher G. Kelly, Esq., dated June 9, 2008, and upon all the prior pleadings and proceedings, Defendant JetBlue Airways Corporation will move this Court, before the Honorable Loretta A. Preska, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, for an order, pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, requiring Plaintiff to provide a more definite statement of his claims against JetBlue, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule set forth in Local Rule 6.1, opposition briefs, if any, are required to be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
June 9, 2008

                        Respectfully submitted,

                        HOLLAND & KNIGHT LLP

                        By: _____
                              Christopher G. Kelly (CK 3865)
                              Robert J. Burns (RB 1558)
                              Suhey I. Nevarez (SN 1981)
                              195 Broadway
                              New York, New York 10007
                              Phone No. (212) 513-3200
                              Fax No. (212) 385-9010

                              Attorneys for Defendant
                              JETBLUE AIRWAYS CORPORATION

TO:   Zafer A. Akin, Esq.
       Akin & Smith, LLC
       305 Broadway, Suite 1101
       New York, New York 10007
       *Attorneys for Plaintiff*
       *Gokhan Mutlu*

# 5390054_v1