# AKIN & SMITH, LLC
### ATTORNEYS AT LAW
SUITE 1101
305 BROADWAY
NEW YORK, NEW YORK 10007
TEL. (212) 587-0760    FAX. (212) 587-4169

ZAFER A. AKIN *
DEREK T. SMITH **

'SMAIL S. SEKENDIZ'

\* ADMITTED NY & NJ BARS
\** ADMITTED NY, NJ & PA BARS
† ADMITTED NY & ISTANBUL BARS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

June 16, 2008

VIA FACSIMILE and FIRS CLASS MAIL

United States District Court
Southern District of New York
Hon. Loretta A. Preska
United States District Judge
500 Pearl Street, Room 1320
New York, New York 10007
Facsimile Number 212-805-7941

Holland and Knight, LLP
Attn: Robert J. Burns, Esq.
195 Broadway
New York, New York 10007
Facsimile Number 212-385-9010

      RE: Gokhan Mutlu v. JetBlue Airways Corporation
          Index No. 08 CV 4887 (LAP)

Dear Judge Preska and Mr. Burns:

This is in response to the Court's Order directing the plaintiff to advise the Court whether he wishes to amend the Complaint. Although we believe the Complaint clearly sets forth the Plaintiff's claims, in a good faith attempt to resolve the matter without further taking the Court's time, the Plaintiff will amend the complaint on or before June 26, 2008, the date provided by the Court.

Sincerely yours,

AKIN & SMITH, LLC

Zafer A. Akin (ZAA 1651)

June 16, 2008

*[Handwritten order:]* Plaintiff may amend the complaint on or before June 26, 2008. No further amendments will be permitted thereafter.

SO ORDERED

*[signed]* Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE