Christopher G. Kelly (CK 3865)
Robert J. Burns (RB 1558)
Suhey I. Nevarez (SN 1981)
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Defendant
JETBLUE AIRWAYS CORPORATION

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
GOKHAN MUTLU,

                          Plaintiff,

    - against -                                    08 CV 4887 (LAP)

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and                **NOTICE OF MOTION**
FLIGHT ATTENDANT, true identity unknown,

                          Defendants.
-----------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum in Support of JetBlue Airways Corporation's Fed. R. Civ. P. 12(b)(6) Motion to Dismiss, upon the accompanying declaration of Christopher G. Kelly, Esq., dated July 7, 2008, and upon all the prior pleadings and proceedings, Defendant JetBlue Airways Corporation will move this Court, before the Honorable Loretta A. Preska, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a time and date set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Amended Complaint in its entirety and without the opportunity for further amendment, and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule set forth in Local Rule 6.1, opposition briefs, if any, are required to be served within ten (10) business days after service of the moving papers.

Dated: New York, New York
July 7, 2008

> Respectfully submitted,
>
> HOLLAND & KNIGHT LLP
>
> By: _____
> Christopher G. Kelly (CK 3865)
> Robert J. Burns (RB 1558)
> Suhey I. Nevarez (SN 1981)
> 195 Broadway
> New York, New York 10007
> Phone No. (212) 513-3200
> Fax No. (212) 385-9010
>
> Attorneys for Defendant
> JETBLUE AIRWAYS CORPORATION

TO: Zafer A. Akin, Esq.
Akin & Smith, LLC
305 Broadway, Suite 1101
New York, New York 10007
*Attorneys for Plaintiff*
*Gokhan Mutlu*

# 5457137_v1