**AKIN & SMITH, LLC**
ATTORNEYS AT LAW
SUITE 1101
305 BROADWAY
NEW YORK, NEW YORK 10007
TEL. (212) 587-0760    FAX. (212) 587-4169

ZAFER A. AKIN
DEREK T. SMITH
―――
ISMAIL S. SEKENDIZ

July 17, 2008

Hon. Gabriel. W Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 510
New York, NY 10007

    Re:    Gokhan Mutlu v. Jet Blue
            08-CV 4887

Dear Hon. Gorenstein,

    Please note that we represent the Plaintiff in the above action *Gokhan Mutlu v. Jet Blue*. I am writing this letter to respectfully request three weeks of additional time (from July 21, 2008 to August 11 2008) to oppose to the Defendants motion to dismiss.

    This adjournment is requested due to our heavy calendar and the substance of the motion, which necessitates extensive legal research. I placed a call the defendants' office seeking their consent and was able to talk to Ms. Suhley Nevarez, who informed me that they could only consent to extent our time to oppose this matter from July 21, 2008 to July 31, 2008. However, as mentioned above, due to the substance of the motion and our heavy calendar, it is respectfully requested that Court extent plaintiff's time to oppose the defendants' motion from July 21, 2008 to August 11, 2008.

    No prior application has been made to this Court for the relief sought herein.

    I thank Your Honor in advance for your time and consideration.

                                    Respectfully submitted,

                                    AKIN & SMITH, LLC

                                    _/s/_____
                                    Ismail S. Sekendiz (IS 4289)

CC:    Christopher G. Kelly (CK 3865)
          Robert Burns (RB 1558)
          Suhey I. Nevarez (SN 1981)