# AKIN & SMITH, LLC
### ATTORNEYS AT LAW
Suite 1101
305 Broadway
New York, New York 10007
Tel. (212) 587-0760   Fax. (212) 587-4169

ZAFER A. AKIN *
DEREK T. SMITH **

ISMAIL S. SEKENDIZ '

\* ADMITTED NY & NJ BARS
\*\* ADMITTED NY, NJ & PA BARS
' ADMITTED NY & ISTANBUL BARS

July 17, 2008

United States District Court
Southern District of New York
Hon. Loretta A. Preska
United States District Judge
500 Pearl Street, Room 1320
New York, New York 10007
Facsimile Number 212-805-7941

Holland and Knight, LLP
Attn: Robert J. Burns, Esq.
195 Broadway
New York, New York 10007
Facsimile Number 212-385-9010



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

   Re:   Gokhan Mutlu v. Jet Blue
         08-CV 4887

Dear Hon. Preska,

   Please note that we represent the Plaintiff in the above action *Gokhan Mutlu v. Jet Blue*. I am writing this letter to respectfully request three weeks of additional time (from July 21, 2008 to August 11 2008) to oppose to the Defendants motion to dismiss.

   This adjournment is requested due to our heavy calendar and the substance of the motion, which necessitates extensive legal research. I placed a call the defendants' office seeking their consent and was able to talk to Ms. Suhley Nevarez, who informed me that they could only consent to extent our time to oppose this matter from July 21, 2008 to July 31, 2008. However, as mentioned above, due to the substance of the motion and our heavy calendar, it is respectfully requested that Court extent plaintiff's time to oppose the defendants' motion from July 21, 2008 to August 11, 2008.

   No prior application has been made to this Court for the relief sought herein.

   I thank Your Honor in advance for your time and consideration.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 21, 2008

Respectfully submitted,
AKIN & SMITH, LLC

Ismail S. Sekendiz (IS 4289)