| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No. 08 CIV 4887 |

-------------------------------------------------------------X

GOKHAN MUTLU,

                        Plaintiff,

   - against -

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                        Defendants.

-------------------------------------------------------------X

## NOTICE OF MOTION TO
## EXTEND PLAINTIFF'S TIME TO FILE A NOTICE OF APPEAL

TO DEFENDANTS AND THEIR COUNSEL OF RECORD

      PLEASE TAKE NOTICE that Plaintiff, by the undersigned counsel, will and does hereby move this Court, before the Honorable Loretta A. Preska, United States District Judge, on a date and time to be designated by the Court, for an Order pursuant to Federal Rules of Appellate Procedure 5(A), extending the time for Plaintiff to file his Notice of Appeal.

      This motion will be based on this Notice of Motion, the annexed Declaration and Memorandum of Law in support hereof with all of the attached exhibits, all of the pleadings and other papers on file herein, all the proceedings previously had in this matter, and such other and further argument and evidence as may be presented to this Court.

Respectfully submitted,

AKIN & SMITH, LLC

By: _____
Derek T. Smith (DTS 1747)
305 Broadway, Suite 1101
New York, NY 10007
212-587-0760 tel.
212-587-4169 fax

Attorneys for Plaintiff

Dated: May 4, 2009
      New York, NY