

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GOKHAN MUTLU,    Case No. 08 CIV 4887

                Plaintiff,

- against -    **AFFIDAVIT**

JETBLUE AIRWAYS CORPORATION,
PILOT, true identity unknown, and
FLIGHT ATTENDANT, true identity unknown,

                Defendants.
------------------------------------------------------------X

I, Gokhan Mutlu, being sworn, depose and say;

1) I am the plaintiff in this action. I am over eighteen (18) years of age and reside in New York, New York.

2) I have been in Turkey since early March of 2009 until the present, and I did not receive word of the Court's dismissal of my case until it was too late to file a Notice of Appeal.

3) I am currently in the city of Istanbul. My father is very ill and I have been caring for him here in Turkey. I was originally supposed to be back in New York around April 7, 2009. However, due to my father's deteriorating health condition, I have had to remain here. I currently expect to return to New York in June.

4) I respectfully request that the Court grant my application to extend my time to file a Notice of Appeal and ask for the Court's sympathy in my predicament.

Dated:     Istanbul, TURKEY
            May 13, 2009

_____
Gokhan Mutlu

**REPUBLIC OF TURKEY**
**PROVINCE AND CITY OF ISTANBUL**
**CONSULATE GENERAL OF THE**
**UNITED STATES OF AMERICA**

Sworn to before me on this
13th day of May 2009

_____
Notary Public
**Sarah Grow**
**U. S. Vice Consul**


