

May 13, 2009

## RADIATION ONCOLOGY REPORT

Oktay Mutlu, a 57 years old gentleman, has been treated in our institution for his T3bN0M0, Gleason's 9, iPSA 9ng/ml prostate cancer with curative radiotherapy and long term androgen deprivation in 2004. His PSA was in undetectable levels when he presented with dizzyness. His MR scan of the cranium showed a solitary serebellar metastases which was removed by his surgeon in 2007. He underwent postoperative palliative radiotherapy to his cranium at that time. His PSA rose to 20ng/ml in december 2008, and the CT scan of the thorax revealed a 5cm mass in theleft hilus. The bronchoscopic biopsy confirmed the diagnosis of a metastases from the prostate. In January 2009 total androgen deprivation was started, his PSA dropped to 0.6ng/ml in April 2009. The patient is scheduled to july 2009for his next appointment.

Şefik İğdem, MD
Department of Radiation Oncology
e-mail: sefikigdem@gmail.com